1   Dan W. Goldfine (#018788)
    Ruth Khalsa (#024116)
2   SNELL & WILMER L.L.P.
    One Arizona Center
3   400 E. Van Buren
    Phoenix, AZ  85004-2202
4   Telephone: (602) 382-6000
    dgoldfine@swlaw.com
5   rkhalsa@swlaw.com
    Attorneys for Plaintiffs
6

7

8               IN THE UNITED STATES DISTRICT COURT

9                  FOR THE DISTRICT OF ARIZONA

10

11  LiveDeal, Inc. f.k.a. YP Corp., a Nevada
    Corporation; and Telco Billing, Inc., a        No. CV 09-976-PHX-DGC
12  Nevada Corporation; d/b/a YP.com,
                                                    **CORPORATE DISCLOSURE**
13                      Plaintiffs,                 **STATEMENT OF PLAINTIFFS**
                                                    **LIVEDEAL, INC. AND TELCO**
14  v.                                              **BILLING, INC.**

15  Oncall Subscriber Management, a
    Philippines Corporation; and
16  SMeVentures, a Philippines
    Corporation,
17
                        Defendants.
18

19         Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiffs LiveDeal,

20  Inc. and Telco Billing Inc. submit their Corporate Disclosure Statement.

21         Plaintiff LiveDeal, Inc. is a publicly-traded corporation organized under the laws

22  of the State of Nevada, the common stock of which is traded on the NASDAQ stock

23  exchange.  No parent corporations or publicly-held corporations own 10% or more of

24  LiveDeal Inc.'s stock.

25         Plaintiff Telco Billing Inc. is a Nevada corporation wholly-owned by a sole

26  shareholder, Plaintiff LiveDeal, Inc.

27         LiveDeal Inc. is a California corporation wholly-owned by a sole shareholder,

28  Plaintiff LiveDeal, Inc.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

1   YPCOM.CA Inc. is an Ontario corporation wholly-owned by a sole shareholder,

2   Telco of Canada, Inc., which in turn is a Nevada corporation wholly-owned by a sole

3   shareholder, Plaintiff Telco Billing Inc.

4   247 Marketing, Inc. is a Philipines corporation wholly-owned by a sole

5   shareholder, 247 Marketing, LLC, which in turn is a Nevada limited liability company

6   wholly-owned by a sole shareholder, Plaintiff LiveDeal, Inc.

7   YP.com, YP.net, LiveDeal.com and YellowPages.net are fictitious business names

8   used by Plaintiffs.

9   RESPECTFULLY SUBMITTED this 19th day of May, 2009.

10   SNELL & WILMER L.L.P.

11

12   By ___s/ Ruth Khalsa_____

13   Dan W. Goldfine
     Ruth Khalsa

14   One Arizona Center
     400 E. Van Buren

15   Phoenix, AZ  85004-2202
     Attorneys for Plaintiffs

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
— L.L.P. —
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

1

## CERTIFICATE OF SERVICE

2

3
I hereby certify that on May 19, 2009, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing to the following ECF registrants.

4

5
Victoria L. Orze
HINSHAW & CULBERTSON LLP
3200 North Central Avenue

6
Suite 800
Phoenix, Arizona 85012

7

8

9
I further certify that on May 19, 2009, a courtesy copy of the aforementioned document and transmittal of a Notice of Electronic Filing will be delivered to the following:

10

11
The Honorable David G. Campbell
United States District Court
401 West Washington Street

12
Phoenix, Arizona  85003

13

14
By s/ Melissa De Marie

15
10051792

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000